**Lisa P. MARSTON, Plaintiff— Appellant,**

v.

**AT&T CORPORATION, a New York corporation, Defendant— Appellee.**

No. 03–1539.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2003.

Decided Feb. 13, 2004.

Jay J. Levit, Levit, Mann, Halligan & Warren, P.C., Richmond, Virginia, for Appellant. Ronda Brown Esaw, McGuire Woods, LLP, McLean, Virginia; Michele L. Settle, McGuire Woods, LLP, Richmond, Virginia, for Appellee.

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Lisa P. Marston appeals from the district court's grant of summary judgment to

AT&T in Marston's employment discrimination suit. We have reviewed the briefs and joint appendix and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *Marston v. AT&T Corp,* No. CA–02–516–3 (E.D.Va. Mar. 31, 2003). In addition, we hold that any claim that Marston was subjected to a retaliatory hostile work environment was waived by her failure to clearly raise the claim in district court. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*